**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 24 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID ARENBERG, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> JEN FONTAINE; ARSHAD TARIQ, Dr., <br><br> Defendants-Appellees. | No. 16-15419 <br><br> D.C. No. 2:14-cv-01344-DLR <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
Douglas L. Rayes, District Judge, Presiding

Submitted April 11, 2017[**]

Before:     GOULD, CLIFTON, and HURWITZ, Circuit Judges.

Former Arizona state prisoner David Arenberg appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Cir. 2004).  We affirm.

The district court properly granted summary judgment for defendant Tariq because Arenberg failed to raise a genuine dispute of material fact as to whether Tariq was deliberately indifferent to Arenberg's rashes.  *See id.* at 1057-60 (deliberate indifference is a high legal standard; medical malpractice, negligence, or a difference of opinion concerning the course of treatment does not amount to deliberate indifference).

To the extent Arenberg contends that he alleged a separate First Amendment retaliation claim, we reject this contention as unsupported by the record.

**AFFIRMED.**